**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. 17-0003916

Denise Francis-EL vs WRNMMC
Plaintiff                       Defendant

## AFFIDAVIT OF SERVICE BY SPECIAL PROCESS SERVER

I, Denise Francis-EL, age 18 or older, residing or working at retired, am not a party and have no interest in this case. On June 22, 20 17, at 1:44 AM/**PM**

1. I served a copy of the summons, complaint, initial order, and addendum if necessary, and any attachments as follows on defendant WRNMMC.

[✓] Personally at bldg. 1

[✓] By leaving said copy with Carlos Daniels, a person of suitable age and discretion, who stated that he/she resides with the defendant at _____

[ ] By leaving said copy with _____ at _____
He/She stated that they are authorized to accept service on behalf of the above defendant by statute or law and his/her official capacity is _____.

2. Below, you must set forth specific facts from which the Court can determine that process was served as indicated above and in compliance with SCR CIV 4, including a physical description (approximate age, height, weight) of any person on whom service was made:

_____
_____
_____

Denise Francis
Special Process Server

Subscribed and sworn to before me this 22 day of June, 20 17.

_____          _____
Notary Public / Deputy Clerk     My Commission Expires

NOTE: A separate Affidavit of Service is required for each named Defendant

Form CV-3035/Jun 2011

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Denise Francis-EL **Plaintiff**
2400 Good Hope Rd. SE, #103
Wash. DC, 20020

vs.

Walter Reed National Military Medical Center 8901 Wisconsin Ave. Bethesda, Maryland 20889

**Defendants**

Civil Action No. 17-0003916

RECEIVED Civil Clerk's Office JUN 0 7 2017 Superior Court of the District of Columbia Washington, D.C.

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

The Procedure of Hysterectomy cause several severe complications, which has left me with unforeseen medical issues and scars physical and mental.

Wherefore, Plaintiff demands judgement against Defendant in the sum of $ 1,000,000. with interest and costs.

Phone: (202) 766-3325

**DISTRICT OF COLUMBIA, SS**

Denise Francis-EL, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_Denise Francis-EL_
(Plaintiff                                    Agent)

Subscribed and sworn to before me this 9th day of _____ 20 17.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00