## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Denise P. Francis-El,
   Plaintiff

  v.

United States of America,
   Defendant

Civil Action No. 17-1339 (TNM)

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Unopposed[1] Motion to Dismiss Plaintiff's Complaint.

UPON CONSIDERATION of the Motion, it is hereby

ORDERED AND ADJUDGED that, for the reasons stated in the Motion and supporting Memorandum, the Motion is GRANTED. This case is hereby dismissed.

**SO ORDERED.**

Dated: November 27, 2017

TREVOR N. MCFADDEN
United States District Judge

---

[1] Plaintiff failed to respond to the Court's Order filed July 10, 2017.